UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BARTMANN, STEVE          §   Case No. 09-27577
                                §
                                §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 2/10/11 in Courtroom 250, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2010          By: /s/CHARLES J. MYLER
                                     Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BARTMANN, STEVE § Case No. 09-27577
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 20,003.64 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 20,003.64 |
| **Balance on hand:** | $ 20,003.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 1,107.75 | 1,107.75 | 0.00 | 1,107.75 |
| 3S | Earthmover Credit Union | 94,465.10 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 1,107.75
Remaining balance: $ 18,895.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 2,750.36 | 0.00 | 2,750.36 |
| Trustee, Expenses - Charles J. Myler | 201.53 | 0.00 | 201.53 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 9,247.50 | 0.00 | 9,247.50 |
| Other Fees: James D. Keith/Delta-K Consulting | 1,960.00 | 0.00 | 1,960.00 |

Total to be paid for chapter 7 administration expenses: $ 14,159.39
Remaining balance: $ 4,736.50

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,736.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,040.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | 224.56 | 0.00 | 29.73 |
| | Internal Revenue Service | 52.52 | 0.00 | 6.95 |
| 1P | Illinois Department of Employment Security | 1,222.70 | 0.00 | 161.87 |
| 8 | April Painer | 1,372.00 | 0.00 | 1,372.00 |
| 9 | Maria Bill | 2,250.00 | 0.00 | 2,250.00 |
| 14P | Illinois Department of Revenue | 6,918.78 | 0.00 | 915.95 |

Total to be paid for priority claims: $ 4,736.50
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,231.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 340.00 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 7,592.80 | 0.00 | 0.00 |
| 3U | Earthmover Credit Union | 2,388.47 | 0.00 | 0.00 |
| 4 | Advanta Bank Corp | 26,113.69 | 0.00 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7,702.21 | 0.00 | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 8,529.83 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| 7 | Chase Bank USA, N.A. | 16,395.25 | 0.00 | 0.00 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 16,013.04 | 0.00 | 0.00 |
| 11 | GE Money Bank dba Sams Club | 12,233.56 | 0.00 | 0.00 |
| 12 | Bank of America, N.A. | 40,982.79 | 0.00 | 0.00 |
| 13 | Bank of America | 54,940.35 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,630.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14U | Illinois Department of Revenue | 1,630.08 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps                  Page 1 of 2                   Date Rcvd: Jan 07, 2011
Case: 09-27577                Form ID: pdf006              Total Noticed: 43

The following entities were noticed by first class mail on Jan 09, 2011.
db           +Steve Bartmann,    5N407 Cochise Drive,    Maple Park, IL 60151-8852
aty          +Timothy M Hughes,    Lavelle Legal Services Ltd,    501 West Colfax,    Palatine, IL 60067-2545
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
14243526    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank,     P.O. Box 3001,    Malvern, PA 19355-0701)
14517327    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
               Malvern  PA 19355-0701)
14243527     +American Chartered Bank,    1199 E Higgins Rd.,    Schaumburg, IL 60173-4711
14610897     +April Painer,    204 E. South St.,    Elburn, IL 60119-9022
14243528      Aurora Earthmover Credit,    P.O. Box 2937,    Aurora, IL 60507-2937
14243530      Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
14243529      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
14243532     +Bank of America,    Barnes & Thornburg LLP/J Kimball,    One N Wacker Dr, Ste 4400,
               Chicago, IL 60606-2833
14854062     +Bank of America, N.A.,    c/o Jennifer A. Kimball,    Barnes & Thornburg LLP,
               One N. Wacker Drive, Suite 4400,    Chicago, IL 60606-2833
14528082    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,     C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA  30091)
14243553    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     P.O. Box 660509,    Dallas, TX 75266-0509)
14243534     +Capital One,    POB 105474,    Atlanta, GA 30348-5474
14243533     +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
14243535     +Charter One,    1 Citizens Dr,    Riverside, RI 02915-3019
14243536      Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14540712      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14243537      Chase Home Finance,    3415 Vision Dr,    Columbus, OH 43219-6009
14243538      D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
               Washington, DC 20044
14243540     +Discover Card,    c/o Capital Management Services,    726 Exchange Street, Suite 700,
               Buffalo, NY 14210-1464
14243543     +First Equity Card,    P.O. Box 23029,    Columbus, GA 31902-3029
14243541    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: District Counsel,     200 W. Adams,    Chicago, IL 60604)
14243542    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: District Director IRS,     230 S Dearborn,    Chicago, IL 60604)
14243547    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    Kansas City, MO 64999)
14341130     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14243544     +Illinois Department of Revenue,    100 W Randolph 7th Floor,    Bankruptcy Unit,
               Chicago, IL 60601-3290
15031266      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
14243545      Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
14243546      Illinois Dept of Employment Securit,    260 East Indian Trail Rd,    Aurora, IL 60505
14243548     +Key Bank,    431 E. Park Center Blvd,    Boise, ID 83706-6501
14243549     +Little Knights Early Learning Cente,    c/o Steve Bartmann,    5N407 Cochise Drive,
               Lily Lake, IL 60151-8852
14243550      MBNA,    P.O. Box 15137,    Wilmington, DE 19886-5137
14622832     +Maria Bill,    145 S. Rosedale Ave.,    Aurora, IL 60506-4530
14243552     +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708
14243554      Wells Fargo,    P.O. Box 54180,    Los Angeles, CA 90054-0180
14243551     +townhouse tentant,    129 A Lucille Ct,    Bartlett, IL 60103-7847

The following entities were noticed by electronic transmission on Jan 07, 2011.
14472531      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2011 02:50:20      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14243539      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2011 02:50:20      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
14508090     +E-mail/Text: collections@earthmovercu.com                            Earthmover Credit Union,
               POB 2937,    Aurora, IL 60507-2937
14641841      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 08 2011 02:48:00
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14829379     +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2011 02:45:35      GE Money Bank dba Sams Club,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
14622859*    +Maria Bill,    145 S. Rosedale Ave.,    Aurora, IL 60506-4530
```

```
District/off: 0752-1          User: wepps               Page 2 of 2                Date Rcvd: Jan 07, 2011
Case: 09-27577                Form ID: pdf006           Total Noticed: 43

aty         ##+Richard G Larsen,   Myler Ruddy & McTavish,   111 West Downer Place,   Suite 400,
              Aurora, IL 60506-6110
14243531    ##Bank of America,   P.O. Box 17220,   Baltimore, MD 21297-1220
                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2011**                       **Signature:**   _/s/ Joseph Speetjens_