**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BARTMANN, STEVE | § Case No. 09-27577 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $1,159,840.00            Assets Exempt:  $82,990.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,878.95       Claims Discharged
                                                                                Without Payment:  $364,154.35

Total Expenses of Administration: $15,365.52

---

    3) Total gross receipts of $    20,244.47    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $20,244.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $234,277.00 | $95,572.85 | $1,107.75 | $1,107.75 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 11,409.03 | 15,365.52 | 15,365.52 | 15,365.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,763.48 | 12,040.56 | 3,771.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 408,278.00 | 194,862.07 | 194,862.07 | 0.00 |
| **TOTAL DISBURSEMENTS** | $653,964.03 | $317,563.92 | $223,375.90 | $20,244.47 |

   4) This case was originally filed under Chapter 7 on July 29, 2009. The case was pending for 24 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2011          By: /s/CHARLES J. MYLER
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SGB Holdings, Inc -- Restaurant Wolf Head Inn at | 1110-000 | 20,240.39 |
| Interest Income | 1270-000 | 4.08 |
| **TOTAL GROSS RECEIPTS** | | **$20,244.47** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 4110-000 | N/A | 1,107.75 | 1,107.75 | 1,107.75 |
| 3S | Earthmover Credit Union | 4110-000 | 94,933.00 | 94,465.10 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 65,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Bank | 4110-000 | 14,344.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$234,277.00** | **$95,572.85** | **$1,107.75** | **$1,107.75** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 2,750.36 | 2,750.36 | 2,750.36 |
| Charles J. Myler | 2200-000 | N/A | 201.53 | 201.53 | 201.53 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 9,247.50 | 9,247.50 | 9,247.50 |
| James D. Keith/Delta-K Consulting | 3731-000 | N/A | 1,960.00 | 1,960.00 | 1,960.00 |
| IL Department of Revenue | 2690-000 | N/A | 181.10 | 181.10 | 181.10 |
| Internal Revenue Service | 2690-000 | N/A | 1,025.03 | 1,025.03 | 1,025.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 15,365.52 | 15,365.52 | 15,365.52 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 543.30 | 0.00 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 224.56 | 0.00 |
| | IL Dept. of Revenue | 5300-000 | N/A | N/A | 108.66 | 0.00 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 52.52 | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 224.56 | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 52.52 | 0.00 |
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 1,222.70 | 1,222.70 | 161.93 |
| 8 | April Painer | 5300-000 | N/A | 1,372.00 | 1,020.09 | 1,020.09 |
| 9 | Maria Bill | 5300-000 | N/A | 2,250.00 | 1,672.87 | 1,672.87 |
| 14P | Illinois Department of Revenue | 5800-000 | N/A | 6,918.78 | 6,918.78 | 916.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 11,763.48 | 12,040.56 | 3,771.20 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 340.00 | 340.00 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | 7,008.00 | 7,592.80 | 7,592.80 | 0.00 |
| 3U | Earthmover Credit Union | 7100-000 | N/A | 2,388.47 | 2,388.47 | 0.00 |
| 4 | Advanta Bank Corp | 7100-000 | 23,000.00 | 26,113.69 | 26,113.69 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,380.00 | 7,702.21 | 7,702.21 | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 8,529.83 | 8,529.83 | 0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 36,420.00 | 16,395.25 | 16,395.25 | 0.00 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 16,013.04 | 16,013.04 | 0.00 |
| 11 | GE Money Bank dba Sams Club | 7100-000 | N/A | 12,233.56 | 12,233.56 | 0.00 |
| 12 | Bank of America, N.A. | 7100-000 | 104,170.00 | 40,982.79 | 40,982.79 | 0.00 |
| 13 | Bank of America | 7100-000 | 69,000.00 | 54,940.35 | 54,940.35 | 0.00 |
| 14U | Illinois Department of Revenue | 7200-000 | N/A | 1,630.08 | 1,630.08 | 0.00 |
| NOTFILED | First Equity Card | 7100-000 | 8,100.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 16,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 7100-000 | 71,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 408,278.00 | 194,862.07 | 194,862.07 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-27577  
**Case Name:** BARTMANN, STEVE  

**Period Ending:** 07/20/11

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 07/29/09 (f)  
**§341(a) Meeting Date:** 09/14/09  
**Claims Bar Date:** 12/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5N407 Cochise, residence purchased in 1994 for $ | 234,500.00 | 19,567.00 | DA | 0.00 | FA |
| 2 | 129 A Lucille Court, Bartlett, IL 60103, purchas | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 153 Wright St., Elburn, IL -- commercial, renova | 725,000.00 | 75,000.00 | DA | 0.00 | FA |
| 4 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking at Earthmovers Credit Union | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books & pictures | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Life ins. | 140.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401k/pension | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | SGB Holdings, Inc -- Restaurant Wolf Head Inn at | 5,000.00 | 5,000.00 |  | 20,240.39 | FA |
| 12 | Little Knights Early Learning Center, Inc. -- Da | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Dodge Intrepid with 130,000 miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1999 Dodge Caravan with 145,000 miles | 800.00 | 800.00 | DA | 0.00 | FA |
| 15 | 1989 Bayliner Avanti | 18,000.00 | 16,550.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 4.08 | FA |
| 16 | Assets    Totals (Excluding unknown values) | $1,164,840.00 | $116,917.00 |  | $20,244.47 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee mailed Final Report to US Trustee 12/10/10

**Initial Projected Date Of Final Report (TFR):** December 31, 2009          **Current Projected Date Of Final Report (TFR):** January 6, 2011  (Actual)

Printed: 07/20/2011 01:18 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-27577  
**Case Name:** BARTMANN, STEVE  

**Taxpayer ID #:** **-***5193  
**Period Ending:** 07/20/11  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/10 | {11} | Jennifer Fabbri | 1st installment of purchase of restaurant | 1129-000 | 17,000.00 | | 17,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 17,000.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.98 | | 17,001.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 17,002.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.00 | | 17,003.21 |
| 09/16/10 | {11} | Myler, Ruddy & McTavish | replacement check for Bartmann check inadvertently deposited in MRM account | 1110-000 | 1,000.00 | | 18,003.21 |
| 09/16/10 | {11} | Steve Bartmann | payment on settlement of purchase of restaurant | 1110-000 | 1,000.00 | | 19,003.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 19,003.34 |
| 10/29/10 | {11} | Steve Bartmann | Final payment on restaurant purchase | 1110-000 | 1,000.00 | | 20,003.34 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,003.49 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,003.64 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.80 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.96 |
| 02/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.12 | | 20,004.08 |
| 02/23/11 | | To Account #9200******6566 | Transfer to checking | 9999-000 | | 20,004.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,004.08 | 20,004.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,004.08 | |
| | | | **Subtotal** | | 20,004.08 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,004.08** | **$0.00** | |

{} Asset reference(s)  
Printed: 07/20/2011 01:18 PM  V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-27577  
**Case Name:** BARTMANN, STEVE  
**Taxpayer ID #:** **-***5193  
**Period Ending:** 07/20/11  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/11 | | From Account #9200******6565 | Transfer to checking | 9999-000 | 20,004.08 | | 20,004.08 |
| 02/23/11 | 101 | Illinois Department of Employment Security | Dividend paid 100.00% on $1,107.75; Claim# 1S; Filed: $1,107.75; Reference: | 4110-000 | | 1,107.75 | 18,896.33 |
| 02/23/11 | 102 | CHARLES J. MYLER | Dividend paid 100.00% on $2,750.36, Trustee Compensation;  Reference: | 2100-000 | | 2,750.36 | 16,145.97 |
| 02/23/11 | 103 | Charles J. Myler | Dividend paid 100.00% on $201.53, Trustee Expenses;  Reference: | 2200-000 | | 201.53 | 15,944.44 |
| 02/23/11 | 104 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $9,247.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,247.50 | 6,696.94 |
| 02/23/11 | 105 | James D. Keith/Delta-K Consulting | Dividend paid 100.00% on $1,960.00, Consultant for Trustee Fees;  Reference: | 3731-000 | | 1,960.00 | 4,736.94 |
| 02/23/11 | 106 | Internal Revenue Service | Dividend paid 100.00% on $543.30; Filed: $0.00 for Federal W/H<br>Voided on 04/26/11 | 5300-003 | | 543.30 | 4,193.64 |
| 02/23/11 | 107 | Internal Revenue Service | Dividend paid 100.00% on $224.56; Filed: $0.00 for FICA<br>Voided on 04/26/11 | 5300-003 | | 224.56 | 3,969.08 |
| 02/23/11 | 108 | Internal Revenue Service | Dividend paid 100.00% on $52.52; Filed: $0.00 for Medicare<br>Voided on 04/26/11 | 5300-003 | | 52.52 | 3,916.56 |
| 02/23/11 | 109 | IL Dept. of Revenue | Dividend paid 100.00% on $108.66; Filed: $0.00 for State W/H<br>Voided on 04/26/11 | 5300-003 | | 108.66 | 3,807.90 |
| 02/23/11 | 110 | April Painer | Dividend paid 100.00% on $1,020.09; Claim# 8; Filed: $1,372.00; Reference: | 5300-000 | | 1,020.09 | 2,787.81 |
| 02/23/11 | 111 | Maria Bill | Dividend paid 100.00% on $1,672.87; Claim# 9; Filed: $2,250.00; Reference: | 5300-000 | | 1,672.87 | 1,114.94 |
| 02/23/11 | 112 | Internal Revenue Service | Dividend paid  13.24% on $224.56; Filed: $0.00 for FICA<br>Voided on 04/26/11 | 5800-003 | | 29.74 | 1,085.20 |
| 02/23/11 | 113 | Internal Revenue Service | Dividend paid  13.24% on $52.52; Filed: $0.00 for Medicare<br>Voided on 04/26/11 | 5800-003 | | 6.96 | 1,078.24 |
| 02/23/11 | 114 | Illinois Department of Employment Security | Dividend paid  13.24% on $1,222.70; Claim# 1P; Filed: $1,222.70; Reference: | 5800-000 | | 161.93 | 916.31 |
| 02/23/11 | 115 | Illinois Department of Revenue | Dividend paid  13.24% on $6,918.78; Claim# 14P; Filed: $6,918.78; Reference: | 5800-000 | | 916.31 | 0.00 |
| 04/26/11 | 106 | Internal Revenue Service | Dividend paid 100.00% on $543.30; Filed: $0.00 for Federal W/H | 5300-003 | | -543.30 | 543.30 |

Subtotals :         $20,004.08         $19,460.78

{} Asset reference(s)                                                                 Printed: 07/20/2011 01:18 PM        V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-27577  
**Case Name:** BARTMANN, STEVE  

**Taxpayer ID #:** **-***5193  
**Period Ending:** 07/20/11  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 02/23/11 | | | | |
| 04/26/11 | 107 | Internal Revenue Service | Dividend paid 100.00% on $224.56; Filed: $0.00 for FICA<br>Voided: check issued on 02/23/11 | 5300-003 | | -224.56 | 767.86 |
| 04/26/11 | 108 | Internal Revenue Service | Dividend paid 100.00% on $52.52; Filed: $0.00 for Medicare<br>Voided: check issued on 02/23/11 | 5300-003 | | -52.52 | 820.38 |
| 04/26/11 | 109 | IL Dept. of Revenue | Dividend paid 100.00% on $108.66; Filed: $0.00 for State W/H<br>Voided: check issued on 02/23/11 | 5300-003 | | -108.66 | 929.04 |
| 04/26/11 | 112 | Internal Revenue Service | Dividend paid 13.24% on $224.56; Filed: $0.00 for FICA<br>Voided: check issued on 02/23/11 | 5800-003 | | -29.74 | 958.78 |
| 04/26/11 | 113 | Internal Revenue Service | Dividend paid 13.24% on $52.52; Filed: $0.00 for Medicare<br>Voided: check issued on 02/23/11 | 5800-003 | | -6.96 | 965.74 |
| 04/27/11 | {11} | Myler, Ruddy & McTavish | Reimbursement to estate to cover 941 taxes due | 1110-000 | 240.39 | | 1,206.13 |
| 04/27/11 | 116 | IL Department of Revenue | IL 941 payroll taxes | 2690-000 | | 181.10 | 1,025.03 |
| 04/27/11 | 117 | Internal Revenue Service | Fed. 941 payroll taxes | 2690-000 | | 1,025.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,244.47 | 20,244.47 | $0.00 |
| | | | Less: Bank Transfers | | 20,004.08 | 0.00 | |
| | | | **Subtotal** | | 240.39 | 20,244.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$240.39** | **$20,244.47** | |

{} Asset reference(s)

Printed: 07/20/2011 01:18 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-27577 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | BARTMANN, STEVE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******65-67 - Money Market Account |
| **Taxpayer ID #:** | **-***5193 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 07/20/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :      20,244.47

Net Estate :      $20,244.47

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******65-65** | 20,004.08 | 0.00 | 0.00 |
| **Checking # 9200-******65-66** | 240.39 | 20,244.47 | 0.00 |
| **MMA # 9200-******65-67** | 0.00 | 0.00 | 0.00 |
| | $20,244.47 | $20,244.47 | $0.00 |

{} Asset reference(s)                                                                                                          Printed: 07/20/2011 01:18 PM    V.12.57